UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VAN PATRICK MACON and                                     PLAINTIFFS
FREDDICK E. MACON

V.                                 CIVIL ACTION NO. 3:24-CV-807-DPJ-ASH

PHILADELPHIA, MISSISSIPPI                              DEFENDANTS
POLICE DEPARTMENT et al.

ORDER

In this suit brought under 42 U.S.C. § 1983 for alleged violations of Plaintiffs' civil rights, the chief of police for Philadelphia, Mississippi, Defendant Eric Lyons, moves to dismiss the police department as a Defendant. Mot. [30]. Plaintiffs have not responded, and their time to do so has passed.

Lyons's basis for the motion is that under Mississippi law, a police department is not a proper party. *Id*. at 3. The Court agrees. It's well established that, in Mississippi, a police department is not a political subdivision that can sue or be sued. *Berry v. City of Clinton*, No. 3:16-CV-820-DPJ-FKB, 2018 WL 11275433, at *4 (S.D. Miss. Jan. 24, 2018) (Clinton P.D.); *Bradley ex rel. Wrongful Death Beneficiaries of Bradley v. City of Jackson*, No. 3:08-CV-261-TSL-JCS, 2008 WL 2381517, at *2 (S.D. Miss. June 5, 2008) (JPD); *Hammond v. Shepherd*, No. 3:05-CV-398-HTW-JCS, 2006 WL 1329507 (S.D. Miss. May 11, 2006) (McComb P.D.). Suits against a police department are therefore brought against the municipality. *Berry*, 2018 WL 11275433, at *4.

The motion to dismiss [30] is therefore granted. The Philadelphia Police Department is dismissed from this case with prejudice.

**SO ORDERED AND ADJUDGED** this the 5th day of June, 2025.

                                                   s/ *Daniel P. Jordan III*
                                                   UNITED STATES DISTRICT JUDGE