**IN THE UNITED STATES DISTRICT COURT**
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI – SOUTHERN DIVISION

**FREDDICK EARL MACON and VAN PATRICK MACON**
Plaintiffs



v.

PHILADELPHIA, MISSISSIPPI POLICE DEPARTMENT; CHIEF ERIC LYONS; OFFICER SHAE ELLIOT; DETECTIVE WADE WHITE; ATTORNEY CHRIS COLLINS; OFFICER PATRICK BURKS; DISTRICT ATTORNEY STEVEN KILGORE; SABRINA HOUSTON; RHONDA JOHNSON; and OTHER UNKNOWN DEFENDANTS
Defendants

**AMENDED COMPLAINT AND AFFIDAVIT**
(42 U.S.C. § 1983 – Civil Rights Violations and Defamation)

**I. PARTIES**
1. Plaintiffs Freddick Earl Macon and Van Patrick Macon reside in Neshoba County, Mississippi.

2. Defendants include the Philadelphia, Mississippi Police Department and the individuals listed in the caption above, all acting under color of state law at the times described.

**II. JURISDICTION AND VENUE**
3. Jurisdiction is invoked under 28 U.S.C. §§ 1331 and 1343 and 42 U.S.C. § 1983 for violations of the U.S. Constitution and federal law.

4. Venue is proper in this Court because all events occurred within Neshoba County, Mississippi, which lies in the Southern Division of the Southern District of Mississippi.

**III. FACTUAL ALLEGATIONS**
5. On December 30, 2021, Chief Eric Lyons arrested Plaintiffs' son, Zykeus Vantrez Macon, without a valid warrant. When Plaintiffs asked if they could bring Zykeus in voluntarily with an attorney, Chief Lyons stated that if they did so, he would charge him with murder.

6. Chief Lyons later disclosed this private conversation to the victim's family, placing Plaintiffs in danger, and publicly linked them to the Tommy Warren murder case through the Neshoba Democrat, damaging their reputation and future employment opportunities.

7. District Attorney Steven Kilgore maliciously indicted Plaintiffs on false charges, pressured them through counsel to accept plea deals, and later dismissed the charges (nolle prosequi) on September 29, 2023.

8. Defendants Chris Collins, Wade White, Patrick Burks, Sabrina Houston, Rhonda Johnson, and other known actors participated or conspired in these actions, causing further emotional, financial, and

reputational harm.

## IV. CAUSES OF ACTION

Count 1 – Civil Rights Violations (42 U.S.C. § 1983)

9. Defendants, acting under color of state law, deprived Plaintiffs of rights secured by the Fourth and Fourteenth Amendments, including freedom from unlawful arrest, false imprisonment, and denial of due process.

Count 2 – Defamation and Libel (Miss. Code § 95-1-1)

10. Defendants knowingly published false and defamatory statements linking Plaintiffs to a murder investigation, causing ongoing reputational damage.

Count 3 – Malicious Prosecution and Abuse of Process

11. Defendants initiated criminal proceedings without probable cause and with malice, in violation of Mississippi common law.

## V. LEGAL AND ETHICAL VIOLATIONS

12. Miss. Code Ann. § 99-3-7 (False Arrest); § 97-9-1 (Abuse of Office); MRPC Rules 3.8 and 8.4 (Prosecutorial Misconduct); 42 U.S.C. §§ 1983 and 1985 (Conspiracy to Deprive Civil Rights).

## VI. DAMAGES AND RELIEF SOUGHT

13. Plaintiffs seek the following relief:

a. Compensatory Damages: $10,000,000 for emotional distress, defamation, and loss of reputation.

b. Settlement Offer: Plaintiffs are willing to settle for $2,600,000 if agreed by all parties.

c. Attorney Fees and Costs: Each Defendant to pay their own and reimburse Plaintiffs'.

d. Other Relief: Such further orders as the Court deems just and proper, including review of all violations and sanctions as appropriate.

## VII. AFFIDAVIT DECLARATION

We, the undersigned Plaintiffs, declare under penalty of perjury that the foregoing facts are true and correct to the best of our knowledge and belief.

_[signatures]_

Freddick Earl Macon    Van Patrick Macon

Date: 11/5/25

State of Mississippi, County of Neshoba

Subscribed and sworn to before me this 5th day of November, 2025.

Notary Public: Gidget Stovall Tate
Gidget Stovall Tate, Chancery Clerk
& Ex-Officio Notary Public

By _[signature]_ D.C.

My Commission Expires January 3, 2028

Case # 3:24-CV-00807-DPJ-ASH

Respectfully submitted,

*[signature]*
Van Patrick Macon

*[signature]*
Freddick Earl Macon

Plaintiffs, Pro Se
455 Samp Street
Philadelphia, MS 39350
(601) 728-3690 / (601) 728-7667
fredrick.macon@yahoo.com
vanessa.macon71@gmail.com